1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    ESTATE OF CAROLE CHAIKEN,                Case No.  16-cv-02490-DMR
               Plaintiff,
8
9        v.                                   **ORDER TO SUBMIT STATUS REPORT**
10   UNITED STATES OF AMERICA,
11             Defendant.

12          On May 9, 2016, Petitioner Estate of Carole Chaiken filed a petition to quash three IRS

13   summonses to third parties.  [Docket No. 1.]  Petitioner filed an amended petition on May 11,

14   2016 and noticed the matter for a hearing on July 28, 2016.  [Docket No. 10.]  Although it appears

15   Petitioner served the original petition to quash on Respondent United States, (*see* Docket No. 7), it

16   is not clear if it served the amended petition on Respondent, and Respondent has not made an

17   appearance in this matter or filed a response to either of Petitioner's petitions.  Therefore, by no

18   later than July 11, 2016, Petitioner shall file a status report.

19
20          **IT IS SO ORDERED.**

21   Dated: July 5, 2016



22                                                    Donna M. Ryu
23                                              United States Magistrate Judge
                                                Judge Donna M. Ryu
24
25
26
27
28